IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN W. WALLACE,

    Plaintiff,

v.

DEPARTMENT OF DEFENSE,

    Defendant.

No. C 10-80228 CRB

**ORDER STRIKING COMPLAINT AND DISMISSING CASE**

On September 14, 2010 Plaintiff John W. Wallace commenced an action against the Department of Defense. Because of his history of filing multiple frivolous lawsuits in this Court, there is a Standing Order requiring pre-filing review of any new action to determine whether he should be permitted to lodge the Complaint.

The instant Complaint is an unintelligible listing of various individuals and organizations without any discernible allegation of wrongdoing. Accordingly, in accordance with the Standing Order, this Court strikes Plaintiff's Complaint and dismisses this matter with prejudice.

**IT IS SO ORDERED.**



Dated: September 20, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\80228\Order Dismissing Case.wpd